# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JAMES ELLIS and DARRYL ELLIS,<br><br>  Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>  Defendant. | Case No. 19-CV-879-JPS<br><br>**ORDER** |

On June 14, 2019, Plaintiffs filed a complaint in the above-captioned matter alleging violations of the Electronic Fund Transfer Act, 15 U.S.C. § 1693 *et seq.* (Docket #1). On September 3, 2019, Plaintiffs filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). (Docket #9). Although Defendant filed a motion to stay proceedings and compel arbitration, (Docket #6), it has yet to file an answer or a motion for summary judgment. The Court will, therefore, adopt the notice of voluntary dismissal. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiffs' notice of voluntary dismissal (Docket #9) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**, each party to bear its own fees and costs.

Dated at Milwaukee, Wisconsin, this 4th day of September, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge